Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ROANE TUNSTALL, | Case No.  09-CV-00395-MCE-GGH |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, CLARENCE ROANE TUNSTALL, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 11, 2009.  NCO filed its responsive pleading on March 16, 2009.  The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 5/13/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        /s/Albert R. Limberg
                        Albert R. Limberg,
                        Attorney for Defendant,
                        NCO Financial Systems, Inc.

Dated: 5/13/09          KROHN & MOSS, LTD.

                        /s/ Ryan Lee
                        Ryan Lee,
                        Attorney for Plaintiff,
                        Clarence Roane Tunstall

IT IS SO ORDERED.

 Dated:  May 18, 2009

                        _____

                        MORRISON C. ENGLAND, JR.

                        UNITED STATES DISTRICT JUDGE